FILED

01/24/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0095

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 24-0095

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

LISA MARIE LEWIS

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that appellant is granted and extension of time to and including March 3, 2025, within which to prepare, file, and serve Appellant's opening brie on appeal.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 24 2025